Clerk of the Court
of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

October 8, 2015.

RE: PD-0768-15

Dear CLerk of the Court,

Enclosed is a verification that seeks for the courts judicial notice that my PDR is timely filed.

PLease provide all parties with this document, thank you for all your time and help within this matter!

Respectfully,

X Daniel Longoria

Daniel Longoria
#01851803-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk

Cc: file.

PETITION NO. PD-0768-15

IN THE

COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

---

DANIEL FRANK LONGORIA, JR.                    PETITIONER

Vs.

THE STATE OF TEXAS.                           RESPONDANT

===

## PETITIONER'S VERIFICATION OF TIMELY FILING HIS PETITION

===

On Appeal from the Ninth Judicial District Court of Appeals at Beaumont in No. 09-13-00169-CR from the 221st Judicial District Court of Montgomery County in No. 12-05-05213-CR.

---

Daniel Frank Longoria, Jr.

#01851803-Coffield

2661 FM 2054

Tenn.Colony, Tx. 75884

Pro se.

DANIEL FRANK LONGORIA, Jr.     §    IN THE COURT OF CRIMINAL
      Petitioner,              §
                              §    APPEALS AT AUSTIN, TEXAS
v.                             §
                              §
THE STATE OF TEXAS,          §
      Respondant.           §

## petitioner's verification of timely filing his petition

COMES NOW, Daniel Longoria, Petitioner in the above -styled and numbered cause, and files his verification within this Honorable Court to show that his petition is timely filed within this Honorable Court, thus, seeking judicial notice of the same as follows:

1· In Texas, the Legislature set out a definition of a document being timely filed in our Court's. See Tex.R.App.Proc. 9.2(b)

2· Specifically the Rule 9.2(b) plainly states: " A document received within ten **days after the filing deadline** is considered timely filed if: (A) it was sent to the proper clerk by United States Postal Service or a commercial delivery service; (B) it was placed in an envelope or wrapper properly addressed and stamped; **and** (C) it was deposited in the mail or delivered to a commercial delivery service on or before the last day for filing. Id. 9.2(b)(1).

3· The Petitioner's deadline for filing his Petition for Discretionary Review fell on September 28, 2015.

4· The Petitioner signed his Petition on September 23, 2015.

5· The Petitioner's properly sent his Petition to the proper clerk at hand, properly adressed his envelope to this Honorable

Court of Criminal Appeals, and then placed his package into the internal mailing system of the Coffield on Wednesday night of September 23, 2015.

6. The Coffield unit most likely mailed the package off on Thursday, September 24, 2015, with a postmaked date, at latest, showing September 24-25, 2015.

7. This Honorable Court has received the Petitioner's Petition on October 1, 2015.

8. Therefore, the Petitioner believes that his PDR is timely, and also Respectfully seeks for this Honorable Court to take judicial notice that the Petitioner's PDR is timely at hand.

## PRAYER FOR RELIEF

Petitioner prays that this Honorable Court will take judicial notice that his PDR is deem timely filed within this Court.

X __Daniel Longoria__
Daniel Longoria
#01851803-Coffield
2661 FM 2054
Tennessee Colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Daniel Longoria, #01851803, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of October 8, 2015.

X __Daniel Longoria__
Daniel Longoria
#01851803-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Daniel Longoria, TDCJ #01851803, have placed this verification into the mailing system of the Coffield unit in Anderson County, Texas, on October 8, 2015. This is true and correct ..... under the penalty of perjury. Executed this day of October 8, 2015.

Daniel Longoria
#01851803-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
pro se.